November 15, 2015

TO: Court of Appeals, First District
Att: Christopher A. Prine, Clerk.
301 Fannin Street
Houston, Texas 77002-2066

FILED IN
1ST COURT OF APPEALS
HOUSTON. TEXAS

NOV 19 2015

CHRISTOPHER A. PRINE
CLERK _____

RE: Court of Appeals Number: 01-14-00109-CV.

Dear MR. PRINE OR CLERK:

I was suppose to have my case heard on November 03, 2015 and now its been about (2) two weeks and I've not heard a thing and was wandering what the dispossion was on my case can you let me know whats taking place please Sir.

I thank you inadvance for your assistance.

Sincerly submitted-

Signature _____

MR. Jeffrey Marx #716623
Estelle Unit
264 FM 3478 Rd.
Huntsville, Texas 77320

NAME Jeffery Mark

TDC# 746623

ESTELLE UNIT

264 FM 3478

HUNTSVILLE, TX 77320

NORTH HOUSTON TX 773

17 NOV 2015 PM 7 L

HCJPD

NOV 19 2015

RECEIVED

LEGAL MAIL

To: Court of Appeals, First District

C/O: Christopher A. Prine, Clerk

301 Fannin Street

Houston, Texas

77320

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

NOV 18 2015

CHRISTOPHER A. PRINE
CLERK

77002066 C016